Ann-Martha Andrews, SBN 012616
Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Aetna Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Julia Zlotoff,<br><br>       Plaintiff,<br><br>       v.<br><br>Aetna Life Insurance Company; Bank of America Group Benefits Program Plan; Bank of America Corporate Benefits Committee,<br><br>       Defendants. | No.  2:18-cv-02001-PHX-GMS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Julia Zlotoff and defendant Aetna Life Insurance Company hereby stipulate and agree to dismiss all of the plaintiff's claims against the defendant with prejudice.  The parties agree that they will each bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 7th day of May 2019.

| SCHIFFMAN LAW OFFICE, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: *s/ Lisa Counters*<br>Lisa Counters<br>4506 N. 12th Street<br>Phoenix, AZ 85014-4246<br>Tel.: 602.266.2667<br>Fax: 602.266.0141<br><br>*Attorneys for Plaintiff Julia Zlotoff* | By: *s/ Ann-Martha Andrews*<br>Ann-Martha Andrews<br>Kristina N. Holmstrom, SBN 023384<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ 85016<br>Tel.: 602-778-3700<br>Fax: 602.778.3750<br><br>*Attorneys for Defendant Aetna Life Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ 85014-4246
Lisa@Schiffmanlaw.com

/s/ Elizabeth Linville
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

38348884.1