# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julia Zlotoff,<br><br>    Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, et al.,<br><br>    Defendants. | No. CV-18-02001-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 27), and good cause appearing therefore,

**IT IS HEREBY ORDERED** dismissing this action in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 7th day of May, 2019.

_____
G. Murray Snow
Chief United States District Judge